UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Michigan Department of Corrections, et al,

    Defendant.                    /

Case Number: 16-12146

District Judge Paul D. Borman

Magistrate Judge Mona K. Majzoub

**AMENDED NOTICE AND ORDER TO APPEAR FOR SETTLEMENT CONFERENCE**

You are hereby notified to appear before the Honorable Mona K. Majzoub, United States Magistrate Judge for the above proceeding on:

| DATE | TIME | ROOM |
|---|---|---|
| November 7, 2017 | 9:30 am | Theodore Levin U.S. Courthouse<br>231 W. Lafayette, Room 642<br>Detroit, Michigan 48226 |

**\*Counsel, the parties and decision makers with full settlement authority are ordered to appear in person. Any party and/or any party's representative with ultimate settlement authority who fails to attend in person will be held in <u>contempt</u> of this court.**

**\*\*Each Party to submit concise written statement (not to exceed 3 pages) of the 1.) Disputed facts, 2.) Undisputed facts and 3.) Legal issues (citing the supporting legal authority of each issue) to be considered for purposes of settlement. This statement is for the Judge's eyes only.**

**\*\*\*Submit via email or fax (email address and fax number listed below) to Chambers Room 651 by October 31, 2017.**

Dated:  September 7, 2017          s/ Mona K. Majzoub
                                       **UNITED STATES MAGISTRATE JUDGE**

**PROOF OF SERVICE**

I hereby certify that a copy of this Notice was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

                                           s/ Lisa C. Bartlett
                                           Case Manager
                                           **Lisa_Bartlett@mied.uscourts.gov**
                                           313-234-5205 desk,  313-234-5495 (Fax)