# EXHIBIT A

U.S. v. MI and MDOC - Amended Proposed Monetary Awards List

| Claimant ID Number | Total Monetary Award |
|---|---|
| 20000001 | $6,332.14 |
| 20000003 | $6,382.73 |
| 20000007 | $417.95 |
| 20000009 | $266.19 |
| 20000011 | $3,507.41 |
| 20000024 | $544.42 |
| 20000025 | $2,360.75 |
| 20000030 | $1,542.92 |
| 20000031 | $1,618.80 |
| 20000032 | $1,028.61 |
| 20000035 | $301.12 |
| 20000040 | $725.09 |
| 20000041 | $472.15 |
| 20000046 | $67.45 |
| 20000049 | $468.54 |
| 20000052 | $1,505.58 |
| 20000054 | $187.90 |
| 20000055 | $3,102.70 |
| 20000061 | $806.99 |
| 20000066 | $2,208.99 |
| 20000068 | $2,023.50 |
| 20000070 | $1,703.12 |
| 20000075 | $739.54 |
| 20000078 | $893.71 |
| 20000079 | $2,746.18 |
| 20000084 | $395.06 |
| 20000086 | $303.53 |
| 20000088 | $508.28 |
| 20000091 | $57.81 |
| 20000096 | $1,545.33 |
| 20000100 | $1,033.43 |
| 20000101 | $1,285.17 |
| 20000110 | $1,700.71 |
| 20000115 | $436.02 |
| 20000116 | $672.09 |
| 20000118 | $2,628.15 |
| 20000124 | $252.94 |
| 20000125 | $236.08 |
| 20000131 | $482.99 |
| 20000132 | $3,642.31 |
| 20000136 | $2,765.45 |
| 20000144 | $151.76 |
| 20000146 | $3,406.23 |
| 20000147 | $2,965.40 |
| 20000154 | $249.32 |
| 20000157 | $1,936.78 |

U.S. v. MI and MDOC - Amended Proposed Monetary Awards List

| Claimant ID Number | Total Monetary Award |
|---|---|
| 20000159 | $1,228.56 |
| 20000160 | $2,863.02 |
| 20000162 | $277.03 |
| 20000163 | $20.48 |
| 20000164 | $961.16 |
| 20000170 | $1,264.69 |
| 20000171 | $1,939.19 |
| 20000176 | $722.68 |
| 20000182 | $2,192.13 |
| 20000186 | $2,507.70 |
| 20000203 | $385.43 |
| 20000208 | $1,312.87 |
| 20000212 | $297.50 |
| 20000213 | $1,753.70 |
| 20000216 | $1,669.39 |
| 20000217 | $809.40 |
| 20000220 | $1,332.14 |
| 20000223 | $1,093.66 |
| 20000227 | $384.22 |
| 20000228 | $1,717.57 |
| 20000233 | $16.86 |
| 20000234 | $910.58 |
| 20000235 | $360.14 |
| 20000239 | $199.94 |
| 20000248 | $3,423.09 |
| 20000251 | $1,589.90 |
| 20000252 | $4,573.36 |
| 20000254 | $2,375.21 |
| 20000256 | $3,585.70 |
| 20000260 | $1,146.65 |
| 20000262 | $806.99 |
| 20000267 | $4,495.07 |
| 20000274 | $89.13 |
| 20000278 | $1,907.87 |
| 20000279 | $4,573.36 |
| 20000283 | $3,650.74 |
| 20000285 | $1,433.31 |
| 20000290 | $4,573.36 |
| 20000291 | $5,283.99 |
| 20000293 | $3,585.70 |
| 20000297 | $990.07 |
| 20000305 | $1,196.03 |
| 20000307 | $5,026.24 |
| 20000310 | $570.92 |
| 20000313 | $3,102.70 |
| 20000317 | $6,447.77 |

U.S. v. MI and MDOC - Amended Proposed Monetary Awards List

| Claimant ID Number | Total Monetary Award |
|---|---|
| 20000319 | $573.33 |
| 20000320 | $2,744.98 |
| 20000321 | $4,032.55 |
| 20000325 | $1,673.00 |
| 20000328 | $2,920.83 |
| 20000332 | $3,323.12 |
| 20000333 | $4,550.47 |
| 20000337 | $1,244.21 |
| 20000341 | $2,883.49 |
| 20000342 | $4,215.63 |
| 20000344 | $1,445.36 |
| 20000347 | $2,107.82 |
| 20000350 | $1,197.24 |
| 20000355 | $4,856.41 |
| 20000368 | $262.57 |
| 20000369 | $2,912.40 |
| 20000372 | $2,411.34 |
| 20000374 | $3,880.79 |
| 20000376 | $9,404.73 |
| 20000378 | $2,520.95 |
| 20000381 | $1,505.58 |
| 20000384 | $786.52 |
| 20000387 | $101.18 |
| 20000389 | $5,782.90 |
| 20000391 | $1,872.94 |
| 20000392 | $4,219.25 |
| 20000393 | $1,766.95 |
| 20000394 | $434.81 |
| 20000395 | $4,632.38 |
| 20000397 | $3,471.27 |
| 20000398 | $2,457.11 |
| 20000399 | $3,414.66 |
| 20000400 | $3,277.35 |
| 20000401 | $8,482.11 |
| 20000402 | $1,433.31 |
| 20000406 | $5,452.62 |
| 20000411 | $1,673.00 |
| 20000412 | $2,759.43 |
| 20000413 | $5,058.76 |
| 20000415 | $3,874.77 |
| 20000418 | $1,377.91 |
| 20000421 | $5,283.99 |
| 20000422 | $1,223.74 |
| 20000424 | $3,598.94 |
| 20000425 | $1,008.14 |
| 20000426 | $3,715.78 |

U.S. v. MI and MDOC - Amended Proposed Monetary Awards List

| Claimant ID Number | Total Monetary Award |
|---|---|
| 20000430 | $5,452.62 |
| 20000431 | $2,893.13 |
| 20000432 | $978.03 |
| 20000433 | $2,920.83 |
| 20000435 | $3,420.68 |
| 20000438 | $4,403.53 |
| 20000440 | $4,198.77 |
| 20000441 | $3,888.02 |
| 20000442 | $2,242.72 |
| 20000445 | $2,630.55 |
| 20000447 | $4,072.30 |
| 20000448 | $8,779.61 |
| 20000450 | $8,454.41 |
| 20000451 | $8,659.17 |
| 20000455 | $10,452.62 |
| 20000456 | $274.62 |
| 20000457 | $927.44 |
| 20000463 | $1,859.70 |
| 20000464 | $2,459.52 |
| 20000465 | $2,375.21 |
| 20000466 | $3,726.62 |
| 20000472 | $8,656.76 |
| 20000475 | $1,474.27 |
| 20000477 | $3,302.65 |
| 20000479 | $2,040.37 |
| 20000482 | $4,566.13 |
| 20000483 | $5,452.62 |
| 20000484 | $5,452.62 |
| 20000487 | $2,433.02 |
| 20000489 | $4,573.36 |
| 20000490 | $5,452.62 |
| 20000495 | $15,283.99 |
| 20000498 | $5,452.62 |
| 20000499 | $2,802.79 |
| 20000500 | $2,408.93 |
| 20000501 | $148.15 |
| 20000502 | $114.42 |
| 20000511 | $1,801.88 |
| 20000513 | $704.61 |
| 20000518 | $2,242.72 |
| 20000521 | $1,683.84 |
| 20000523 | $1,298.41 |
| 20000524 | $421.56 |
| 20000525 | $873.24 |
| 20000526 | $1,652.53 |
| 20000528 | $1,446.56 |

U.S. v. MI and MDOC - Amended Proposed Monetary Awards List

| Claimant ID Number | Total Monetary Award |
|---|---|
| 20000532 | $1,230.96 |
| 20000536 | $957.55 |
| 20000539 | $758.81 |
| 20000540 | $603.44 |
| 20000542 | $573.33 |
| 20000559 | $166.22 |
| 20000560 | $264.98 |
| 20000562 | $888.90 |
| 20000567 | $3,372.51 |
| 20000568 | $554.05 |
| 20000571 | $2,560.70 |
| 20000575 | $1,444.15 |
| 20000583 | $3,131.61 |
| 20000586 | $231.26 |
| 20000589 | $556.46 |
| 20000599 | $790.13 |
| 20000601 | $2,259.58 |
| 20000602 | $2,158.40 |
| 20000605 | $269.80 |
| 20000607 | $85.52 |
| 20000608 | $1,534.49 |
| 20000609 | $392.66 |
| 20000614 | $2,967.80 |
| 20000616 | $1,551.35 |
| 20000617 | $2,296.92 |
| 20000618 | $10,452.62 |
| 20000619 | $110.81 |
| 20000621 | $1,112.93 |
| 20000622 | $50.59 |
| 20000623 | $6,901.85 |
| 20000624 | $6,146.65 |
| 20000625 | $590.19 |
| 20000626 | $5,699.79 |
| 20000627 | $8,928.97 |
| 20000628 | $2,681.14 |
| 20000629 | $446.86 |
| 20000630 | $7,003.03 |
| 20000632 | $1,002.12 |
| 20000633 | $1,971.71 |
| 20000634 | $1,163.51 |
| 20000636 | $5,691.36 |
| 20000637 | $7,155.99 |
| 20000638 | $1,580.26 |
| 20000640 | $1,053.91 |
| 20000642 | $5,556.46 |
| 20000643 | $1,279.14 |

U.S. v. MI and MDOC - Amended Proposed Monetary Awards List

| Claimant ID Number | Total Monetary Award |
|---|---|
| 20000644 | $8,308.67 |
| 20000645 | $5,573.33 |
| 20000646 | $2,006.64 |
| 20000647 | $537.19 |
| 20000648 | $1,650.12 |
| 20000649 | $11,712.75 |
| 20000650 | $6,585.08 |
| 20000651 | $3,288.19 |
| 20000652 | $5,758.81 |
| 20000653 | $6,500.76 |
| 20000655 | $5,283.99 |
| 20000662 | $337.25 |
| 20000663 | $2,758.23 |
| 20000664 | $183.08 |
| 20000668 | $1,586.28 |
| 20000672 | $1,907.87 |
| 20000673 | $1,568.21 |
| 20000676 | $1,834.40 |
| 20000677 | $3,386.96 |
| 20000678 | $5,452.62 |
| 20000681 | $2,319.80 |
| 20000686 | $3,020.80 |
| 20000688 | $991.28 |
| 20000689 | $2,392.07 |
| 20000690 | $1,635.67 |
| 20000691 | $4,403.53 |
| 20000692 | $3,377.32 |
| 20000693 | $1,446.56 |
| 20000695 | $2,206.58 |
| 20000697 | $3,254.47 |
| 20000699 | $1,757.32 |
| 20000702 | $4,573.36 |
| 20000705 | $1,399.59 |
| 20000708 | $3,271.33 |
| 20000709 | $1,757.32 |
| 20000711 | $4,928.68 |
| 20000715 | $5,283.99 |
| 20000716 | $1,673.00 |
| 20000717 | $5,452.62 |
| 20000718 | $3,597.74 |
| 20000720 | $31.32 |
| 20000722 | $5,283.99 |
| 20000724 | $1,298.41 |
| 20000725 | $3,979.56 |
| 20000728 | $84.31 |
| 20000734 | $1,294.80 |

**U.S. v. MI and MDOC - Amended Proposed Monetary Awards List**

| Claimant ID Number | Total Monetary Award |
|---:|---:|
| 20000735 | $2,346.30 |
| 20000736 | $1,041.86 |
| 20000737 | $5,452.62 |
| 20000739 | $1,515.22 |
| 20000741 | $3,323.12 |
| 20000742 | $1,245.42 |
| 20000744 | $8,374.91 |
| 20000745 | $4,384.26 |
| 20000747 | $21.68 |
| 21000756 | $65.04 |
| 21000761 | $711.84 |
| 21000763 | $74.68 |
| 21000765 | $796.15 |
| 21000787 | $121.65 |
| 21000792 | $576.94 |
| 21000800 | $576.94 |
| 21000816 | $87.93 |
| 21000817 | $272.21 |