UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STATE OF MICHIGAN and
MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendants.
_____/

Case No. 16-cv-12146

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is ORDERED AND ADJUDGED that the Parties' Joint Motion for Final Entry of Amended Proposed Individual Awards Lists (ECF No. 103) and Joint Motion to Amend Parties' Joint Motion for Final Entry of Amended Proposed Individual Awards Lists (ECF No. 109) are GRANTED and this case is DISMISSED.

The Court retains jurisdiction in this matter to enforce the Settlement Agreement at ECF No. 90-1 and resolve any disputes regarding the implementation of the Settlement Agreement.

IT IS SO ORDERED.

Date: December 13, 2021

s/Paul D. Borman
PAUL D. BORMAN
United States District Judge